```
Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046


Attorneys for Plaintiff
Anthony Lerma
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMAASH CORPORATION, et al.,<br><br>　　　　　Defendants. | No. 5:10-CV-01912-JW (HRL)<br><br>**STIPULATION FOR DISMISSAL OF ACTION** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Anthony Lerma and Defendant Amaash Corporation, dba Wendy's Old Fashioned Hamburgers, and Defendant Phi McKee LP, the parties to this action, by and through their respective counsels, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed with prejudice in its entirety.

Date: November 17, 2010　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya Moore
　　　　　　　　　　　　　　　　　　　　　　　　Tanya Moore
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

*Lerma v. Amaash Corporation, et al.*
Stipulation for Dismissal

Page 1

| | |
|---|---|
| Date: November 17, 2010 | HOGE, FENTON, JONES & APPEL |
| | /s/ Daniel W. Ballesteros |
| | Daniel W. Ballesteros, Attorneys for Defendant Phi McKee, LP |
| Dated: November 17, 2010 | GORDON & REES, LP |
| | /s/ Brett T. Moroney |
| | Brett T. Moroney, Attorneys for Defendant Amaash Corporation dba Wendy's Old Fashioned Hamburgers |

*Lerma v. Amaash Corporation, et al.*
Stipulation for Dismissal